NUMBER 13-91-00028-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

TALMAGE M. GUY AND SOL B. WEIL, III, Appellants,


v.



DAMSON OIL CORPORATION, ET AL., Appellees.

_____________________________________________________________


On appeal from the 23rd District Court of Wharton County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 The last activity in this appeal occurred on May 7, 2001, when appellants filed a
motion to return the case to the Wharton County District Court for final determination. 
Since May 7, 2001, there has been no activity in this appeal. On March 19, 2009, the
Court ordered the parties to file an advisory regarding the status of the appeal and, if
applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. 

 The parties have responded to the order by informing the Court that they no longer
desire to prosecute their appeal and do not oppose dismissing the case. Accordingly, we
reinstate and dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b). 
Other pending motions, if any, are dismissed as moot. 


 PER CURIAM

Memorandum Opinion delivered and

filed this the 30th day of April, 2009.